UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 17-00772-CJC (JDEx) | Date | January 31, 2019 |
|---|---|---|---|
| Title | Neofonie GmbH v. Artissimo Designs LLC | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Gabriela Garcia
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER CONTINUING COURT TRIAL

The Court is in receipt of the parties' revised Case Management Order and hereby sets the jury trial for **Tuesday, October 22, 2019 at 8:30 a.m.** The pretrial conference is set for October 7, 2019 at 3:00 p.m.

- : -

Initials of Deputy Clerk  gga

cc: