UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-00772-CJC (JDEx) | Date | September 13, 2019 |
|---|---|---|---|
| Title | Neofonie GmbH v. Artissimo Designs LLC | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Gabriela Garcia                                                                    Not Reported
Deputy Clerk                                                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                                         None Present

**PROCEEDINGS:     (IN CHAMBERS) ORDER 1) VACATING PRETRIAL CONFERENCE AND TRIAL, 2) DENYING PLAINTIFFS' MOTIONS IN LIMINE WITHOUT PREJUDICE, 3) ORDERING THE PARTIES TO SETTLEMENT CONFERENCE BEFORE THE AGREED UPON MEDIATOR AND 4) ORDERING THE PARTIES TO NOTIFY THE COURT IF THEY CONSENT TO REFERRAL TO THE MAGISTRATE JUDGE FOR TRIAL**

      This action was filed on May 2, 2017.   Trial is currently scheduled for October 22, 2019. Before this matter proceeds to trial, the parties should make a good faith effort to settle the case. Accordingly, the Court **VACATES** the October 22, 2019 trial date and the October 7, 2019 pretrial conference and **DENIES WITHOUT PREJUDICE** the pending motions *in limine*. (Dkts. 71, 74, 75 and 76).   The Court orders the parties to participate in a settlement conference before the agreed upon Mediator within 30 days of this order.

      The Court also advises the parties, that due to its congested trial calendar in 2019, it cannot guarantee a trial date in the 2019 calendar year, the Court **ORDERS** the parties to meet and confer and notify the Court no later than **October 3, 2019** whether the parties consent to have their trial rescheduled before Magistrate Judge Early.   The Court advises that should the parties consent to referral to the Magistrate Judge, they will likely be scheduled for trial in the 2019 year.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-00772-CJC (JDEx) | Date | September 13, 2019 |
|---|---|---|---|
| Title | Neofonie GmbH v. Artissimo Designs LLC | | |

    If all parties do not consent to have their trial rescheduled before Magistrate Judge Early and cannot reach a resolution of the case at the settlement conference despite good-faith efforts to do so, the Court will reset new trial and pretrial conference dates. Counsel are directed to notify the Court of the outcome of the settlement conference within three days of its conclusion.

    If the parties consent to referral to the Magistrate Judge, the parties are ordered to complete and file a CV 11D form, which can be found on the Court's website.

                                                                    _____  :  _____

                                     Initials of Deputy Clerk    gga

cc: ADR Coordinator
     Magistrate Judge Early (JDE_Chambers@cacd.uscourts.gov)