EMANUEL LAW FIRM
Sacha V. Emanuel (State Bar No. 218705)
  semanuel@emanuel.law
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 881-6814
Facsimile: (310) 881-6801

*Attorneys for Plaintiff/Counter-Defendant*
*Neofonie GmbH*

BRADLEY ARANT BOULT CUMMINGS LLP
Roger G. Jones (TN Bar No. 11550)
  rjones@bradley.com
Peter C. Sales (TN Bar No. 25067)
  psales@bradley.com
Kimberly M. Ingram (State Bar No. 305497)
  kingram@bradley.com
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-2365
Facsimile: (615) 252-6365

*Attorneys for Defendant/Counter-Plaintiff*
*Artissimo Designs LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOFONIE GMBH, a German corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ARTISSIMO DESIGNS LLC, a Delaware limited liability company,<br><br>    Defendant/Counter-Plaintiff. | Case No.: (JDEx) 8:17-cv-00772 CJC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO NOTIFY COURT RE: CONSENT TO TRIAL BEFORE MAGISTRATE JUDGE JOHN D. EARLY** |

Plaintiff/Counter-Defendant Neofonie GmbH ("Neofonie") and Defendant/Counter-Plaintiff Artissimo Designs LLC ("Artissimo"), through their respective counsel of record, hereby stipulate and request that they be given additional time (at least until October 7, 2019) to notify the Court whether the parties consent to have their trial rescheduled before Magistrate Judge John D. Early.

In the Court's Minute Order filed on September 16, 2019 (Dkt. No. 77), the Court ordered that it be notified by October 3, 2019.  The parties believe that good cause exists for obtaining additional time to notify the Court for the following reasons:

1. The current deadline set by the Court in its Minute Order to provide notification (October 3, 2019) is a public holiday in Germany where Neofonie is based.

2. Additional time is therefore needed for Neofonie to make its decision.

3. The decision to consent to trial before a magistrate is an important decision.

4. This stipulation is entered into so that the Neofonie may have additional time to make an important decision regarding this case, is not for the purpose of delay, and is without prejudice to any of the parties hereto;

IT IS HEREBY AGREED AND STIPULATED BY AND BETWEEN the Parties, through their counsel of record, that the Court continue the deadline to notify the Court whether they will consent to trial before Magistrate Judge D. Early as follows:

/ / /

/ / /

/ / /

/ / /

| DEADLINE | CURRENT DATE/DEADLINE | PROPOSED DATE/DEADLINE |
|---|---|---|
| Provide notification re: Consent to trial before Magistrate Judge John D. Early. | October 3, 2019 | October 7, 2019 |

Dated: October 3, 2019

Respectfully submitted,

EMANUEL LAW FIRM

By: __/s/_____
　　Sacha V. Emanuel
　　*Attorneys for Plaintiff/Counter-Defendant Neofonie GmbH*

BRADLEY ARANT BOULT CUMMINGS LLP

By: __/s/_____
　　Roger G. Jones
　　Peter C. Sales
　　Kimberly M. Ingram
　　*Attorneys for Defendant/Counter-Plaintiff Artissimo Designs, LLC*

# CERTIFICATE OF SERVICE

I, Sacha V. Emanuel, do hereby certify that on this 3rd day of October, 2019, a true and correct copy of *Joint Stipulation to Continue Deadline to Notify Court re: Consent to Trial Before Magistrate Judge John D. Early* is being forwarded to the individual listed below in the manner indicated:

**Via CM/ECF System**
Roger G. Jones
Peter C. Sales
Kimberly M. Ingram
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

/s/
Sacha V. Emanuel