# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – LOS ANGELES

| | |
|---|---|
| NEOFONIE GMBH, a German corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ARTISSIMO DESIGNS LLC, a Delaware limited liability company,<br><br>Defendant/Counter-Plaintiff. | CASE NO. SACV 17-00772-CJC-(JDEx)<br><br>**ORDER GRANTING SECOND STIPULATION TO CONTINUE DEADLINE TO NOTIFY THE COURT RE: CONSENT TO TRIAL BEFORE MAGISTRATE JUDGE JOHN D. EARLY** |

The Court having reviewed the Second Stipulation to Continue Deadline to Notify the Court re: Consent to Trial Before Judge John D. Early finds that GOOD CAUSE IS HEREBY SHOWN to continue the deadline set by Order of the Court in Dkt. Nos. 77 and 79 associated with the instant matter.

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that following date set by Order of the Court in Dkt. No. 77 should be continued as follows:

| DEADLINE | CURRENT DATE/DEADLINE | PROPOSED DATE/DEADLINE |
|---|---|---|
| Provide notification re: Consent to trial before Magistrate Judge John D. Early. | October 7, 2019 | October 14, 2019 |

IT IS SO ORDERED.

Dated: October 7, 2019

Hon. Cormac J. Carney
United States District Judge

- 2 -

ORDER GRANTING SECOND JOINT
STIPULATION TO CONTINUE DEADLINE
TO NOTIFY COURT RE: CONSENT TO
TRIAL BEFORE MAGISTRATE
CASE NO. CV17-00772-CJC-JDE