UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 17-00772-CJC-JDE                               Date:  October 17, 2019

Title: <u>NEOFONIE GMBH v. ARTISSIMO DESIGNS LLC</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| <u>Gabriela Garcia</u> | <u>      N/A      </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                       None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING STATUS UPDATE REGARDING INABILITY TO COMPLY WITH COURT-ORDERED MEDIATION [Dkt. 83]**

On September 13, 2019, the Court ordered the parties to participate in a settlement conference before an agreed-upon mediator within 30 days.  On October 15, 2019, after the deadline for conducting the settlement conference passed, Defendant filed a "Status Update Regarding Artissimo's Inability to Comply with Court-Ordered Mediation." (Dkt. 83.)  Plaintiff filed a response.  (Dkt. 84.)  The Court understands that the parties have been unable to agree on a mediator, in part because of Plaintiff's position that it should be allowed to request authorization from the settlement officer to have a representative with final settlement authority available by telephone in lieu of personal appearance.  (*See generally* Dkts. 83, 84.)

The Court **ORDERS** the parties to appear before Magistrate Judge Early for settlement proceedings.  Counsel shall contact Judge Early's chambers within seven days of this order to schedule those proceedings.  A representative from Plaintiff with final settlement authority shall attend the settlement conference in person.

cb

MINUTES FORM 11
CIVIL-GEN                                                                                      Initials of Deputy Clerk GGA
Cc: Magistrate Judge Early (JDE_Chambers@cacd.uscourts.gov)