# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 17-00772- CJC (JDEx) |
| Date | January 13, 2020 |
| Title | Neofonie GmbH v. Artissimo Designs LLC |

Present: The Honorable John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a

Attorneys Present for Defendant: n/a

**Proceedings:** (In Chambers) Order to Show Cause

On October 17, 2019, the Honorable Cormac J. Carney, United States District Court Judge, ordered the parties to participate in a settlement conference before the assigned Magistrate Judge. Dkt. 85. After waiting nearly two months for proposed dates from the parties, the assigned Magistrate Judge issued an order setting the settlement conference for January 15, 2020, starting at 10:00 a.m., the only proposed date provided by the parties. Dkt. 86 ("Order"). After noting that "[c]onsideration of settlement is a serious matter that requires thorough preparation before the Settlement Conference," the Court directed the parties to provide confidential settlement conference statements and key term sheets to the Court, by email to chambers "[a]t least seven days before the settlement conference." Order at 1-2. As of the preparation of this Order, the Court has not received a settlement conference statement or term sheet from Defendant Artissimo Designs LLC ("Defendant").

As a result, IT IS HEREBY ORDERED THAT Defendant show cause in writing by 2:00 p.m. on January 14, 2020, why sanctions should not be imposed for its failure to comply with the Order. The parties are further advised that they should be prepared to discuss all "good faith efforts" made to resolve the case since Judge Carney's Order of September 13, 2019. See Dkt. 77 at 2.

Initials of Clerk: mba