# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 17-00772-CJC (JDEx) | Date | January 15, 2020 |
|---|---|---|---|
| Title | Neofonie GMBH v Artissimo Designs LLC | | |

Present: The Honorable    John D. Early, United States Magistrate Judge

| Maria Barr | CS 01/14/20 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Sacha V. Emanuel | Peter C. Sales |

**Proceedings:**        Settlement Conference

On January 15, 2020, the parties, represented by counsel, appeared before Magistrate Judge Early for a settlement conference. After approximately eight hours and thirty minutes of discussions, the parties reached a settlement of the case. The parties confirmed the settlement on the record.

cc: Judge Carney

8   :   30

Initials of Clerk:    ma